| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION  RECEIVED MAR 2 8 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS | DOCKET NUMBER *(Tran. Court)* 1:04-CR-320-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Christopher Osinibi  **JUDGE KENDALL** | DISTRICT Northern District of Georgia | DIVISION Tucker |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Marvin H. Shoob | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 07/21/2006 | TO 07/20/2009 |

| OFFENSE |
|---|
| Conspiracy to possess with intent to distribute at least 100 grams of heroin |

**08CR 314**

**MAGISTRATE JUDGE NOLAN**

**FILED**
APR 1 4 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/18/08
_____
Date

_____
Honorable Marvin H. Shoob
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 1 1 2008
_____
Effective Date

/s/ James F. Holderman
_____
Honorable
United States District Judge